IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



JUSTINA G. ST. CLAIR, §
 §
Plaintiff, §
 §
VS. § NO. 4:16-CV-1100-A
 §
NANCY A. BERRYHILL, ACTING §
COMMISSIONER, SOCIAL SECURITY §
ADMINISTRATION,[1] §
 §
Defendant. §

ORDER

Came on for consideration the above-captioned action wherein Justina G. St. Clair is plaintiff and Nancy A. Berryhill, Acting Commissioner, Social Security Administration, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under Title II of the Social Security Act. On July 19, 2017, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation that the Commissioner's decision be affirmed. The magistrate judge granted the parties until August 2, 2017 to file and serve objections, and no objections have been filed. After a review of the file, the court accepts the magistrate judge's

---

[1]Nancy A. Berryhill replaced Carolyn W. Colvin as acting commissioner of the Social Security Administration. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Berryhill is automatically substituted as the party of record.

recommendation. Therefore,

The court ORDERS that the decision of the Commissioner that, based on the application for a period of disability and disability insurance benefits filed on August 13, 2013, plaintiff, Justina G. St. Clair, is not disabled under sections 216(i) and 223(d) of the Social Security Act, be, and is hereby, affirmed.

SIGNED August 3, 2017.

_____
JOHN McBRYDE
United States District Judge